IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE TATE, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 17-0365 |
| | : | |
| CYNTHIA LINK, et al., | : | |
| Respondents | : | |

FILED APR 12 2017

## ORDER

**AND NOW**, this 12th day of April, 2017, upon careful and independent consideration of the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241, and after review of the well-reasoned Report and Recommendation of the Honorable Timothy R. Rice, United States Magistrate Judge, there being no Objections thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED.

2. The petition for writ of *habeas corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability because the petitioner has not made a substantial showing of the denial of a constitutional right.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

ENTERED
APR 12 2017
CLERK OF COURT